**Ralph JAFFE, Plaintiff—Appellant,**

v.

**Martin O'MALLEY, Governor; Alvin Collins, General Services Secretary; Philip Palmere, Chief, Defendants—Appellees.**

No. 09–2067.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 17, 2009.

Ralph Jaffe, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Jaffe appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jaffe v. O'Malley*, No. 1:09–cv–02120–BEL (D.Md. Sept. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*